

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00392-CV

**EILENBERGER'S, INC. D/B/A SUNSHINE DISTRIBUTORS OF SAN ANTONIO** and
William L. Jones,
Appellants

v.

**WESTPOINT HOME, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08806
Honorable Aaron Haas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we REVERSE the portion of the trial court's June 22, 2021 Order Granting Plaintiff's Motion for Summary Judgment Against Eilenberger's Inc. d/b/a Sunshine Distributors of SA and William L. Jones that grants $89,002.25 in attorney's fees and expenses to Appellee WestPoint Home, LLC, and REMAND that attorney's fee claim to the trial court for further proceedings consistent with this opinion. We AFFIRM the remainder of that judgment.

For good cause, we ORDER the parties to bear their own costs of appeal. *See* TEX. R. APP. P. 43.4.

SIGNED January 18, 2023.

_____
Beth Watkins, Justice